# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRASPINE MADEIRAS, LTDA,**

       **Plaintiff,**

**-vs-**                                                        Case No. 6:08-cv-1450-Orl-22DAB

**CONSTRUCTION IMPORTS, LLC,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 13) filed on February 11, 2009.

The United States Magistrate Judge has submitted a report recommending that the action be dismissed for failure to timely serve the summons and Complaint.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 11, 2009 (Doc. No. 13) is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 3, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge